1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOHNNY CASTRO,                    )   NO. CV 08-02102 MMM (SS)
                                      )
12              Petitioner,           )
                                      )   **ORDER ADOPTING FINDINGS,**
13         v.                         )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14  JOHN MARSHALL, Warden,            )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                    )
                Respondent.           )
16  _____   )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all of the records and files herein, and the Magistrate Judge's Report

20  and Recommendation.  The time for filing Objections to the Report and

21  Recommendation  has  passed  and  no  Objections  have  been  received.

22  Accordingly, the Court accepts and adopts the findings, conclusions and

23  recommendations of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

1        Accordingly, IT IS ORDERED THAT:

2

3        1.  The Motion to Dismiss is GRANTED and Judgment shall be entered

4   dismissing this action without prejudice.

5

6        2.  The Clerk shall serve copies of this Order and the Judgment

7   herein by United States mail on Petitioner and on counsel for

8   Respondent.

9

10  DATED: January 14, 2009

11

12                              _____

13                              MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2